IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Dortch, Nikkiya T

Printed: 2/19/08

Case Number:  06 B 01990
Judge:  Hollis, Pamela S
Filed:  3/2/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 7, 2008
Confirmed: June 26, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,150.46 |  |
| Secured: |  | 1,390.89 |
| Unsecured: |  | 4,298.20 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,050.00 |
| Trustee Fee: |  | 411.37 |
| Other Funds: |  | 0.00 |
| Totals: | 8,150.46 | 8,150.46 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dollie I Warren-Reed | Administrative | 2,050.00 | 2,050.00 |
| 2. | Deutsche Bank National | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Deutsche Bank National | Secured | 10,739.40 | 1,106.70 |
| 5. | Litton Loan Servicing | Secured | 2,953.17 | 284.19 |
| 6. | Wells Fargo Financial Illinois Inc | Unsecured | 213.60 | 74.58 |
| 7. | United States Dept Of Education | Unsecured | 8,341.13 | 2,912.16 |
| 8. | ECast Settlement Corp | Unsecured | 249.92 | 87.26 |
| 9. | RoundUp Funding LLC | Unsecured | 3,506.15 | 1,224.20 |
| 10. | Secretary Of State | Priority |  | No Claim Filed |
| 11. | Citibank | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 28,053.37 | $ 7,739.09 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 18.18 |
| 5% | 128.49 |
| 4.8% | 150.23 |
| 5.4% | 114.47 |
|  | _____ |
|  | $ 411.37 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Dortch, Nikkiya T | Case Number:  06 B 01990 |
| | Judge:  Hollis, Pamela S |
| Printed:  2/19/08 | Filed:  3/2/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                            Marilyn O. Marshall, Trustee, by:

                            _____